**The People of the State of Illinois for use of Cook County et al., ex rel. A. C. Wegner, Plaintiff in Error, v. Sigmund J. Reizenstein, Defendant in Error.**

**Gen. No. 19,070.   (Not to be reported in full.)**

Error to the Municipal Court of Chicago; the Hon. FREEMAN K. BLAKE, Judge, presiding. Heard in this court at the March term, 1914. Affirmed. Opinion filed November 9, 1914.

### Statement of the Case.

The questions presented in this case were the same as those in *People ex rel. Wegner v. Johnston* and other cases, 186 Ill. App. 117, and the decision rendered in those cases held controlling.

FRANK H. CULVER, for plaintiff in error.

HOLT, CUTTING & SIDLEY, for defendant in error; DONALD F. McPHERSON, of counsel.

MR. JUSTICE BAKER delivered the opinion of the court.